IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TAYR KILLAB AL GHASHIYAH (Khan),

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

Case No. 10-cv-172-slc

PETER HUIBREGTSE, Warden
Wisconsin Secure Program Facility,

    Respondent.

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing the petition for a writ of habeas corpus without prejudice.

_____
Peter Oppeneer, Clerk of Court

5/14/10
Date